THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL L. TAYLOR, Appellant. [842 NYS2d 660]—Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered September 3, 2004. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: On appeal from a judgment convicting him upon his plea of guilty of criminal possession of a controlled substance in the second degree (Penal Law § 220.18 [1]), defendant contends that County Court erred in determining, following a *Darden* hearing, that a confidential informant existed or that he or she provided law enforcement with the information set forth in the search warrant. Because defendant pleaded guilty before the court issued a suppression ruling with respect

to the evidence seized from his home pursuant to a search warrant, he waived his right to raise the suppression issue on appeal (*see generally People v Fernandez*, 67 NY2d 686, 688 [1986]; *People v Carrasco*, 216 AD2d 908 [1995], *lv denied* 86 NY2d 791 [1995]; *People v Stewart*, 104 AD2d 734 [1984]). Present—Scudder, P.J., Gorski, Centra, Lunn and Peradotto, JJ.